JS-6

DELIA N. OCHOA (SBN No. 253217)
GERALD KIM (SBN No. 216894)
COUNSEL
SCREEN ACTORS GUILD, INC.
5757 Wilshire Blvd., 8th Floor
Los Angeles, CA 90036-3600
Telephone: (323) 549-6490
Facsimile: (323) 549-6624
dochoa@sag.org
gkim@sag.org

Attorney for Petitioner
Screen Actors Guild, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD, INC., a non-profit corporation on behalf of Affected Performers,<br><br>Petitioner,<br><br>v.<br><br>JERRY LAMOTHE,<br><br>Respondent. | Case No.:  CV 11-07779 CAS (MRWx)<br><br>**JUDGMENT**<br><br>Date:   November 7, 2011<br>Time:   10:00a.m.<br>Place: Courtroom 5<br>Judge: Christina A. Snyder |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of Petitioner Screen Actors Guild, Inc. came before the Court.  Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of hearing:

///

JUDGMENT

- 1 -

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The arbitration award in favor of Screen Actors Guild, Inc. and against Jerry Lamothe, SAG Case No. 2003-0053, dated September 21, 2007, is confirmed in all respects.

2. Jerry Lamothe is ordered to pay a total of **$55,890.25**, which consists of the following:

    (a) To SAG on behalf of affected performers, **the sum of $52,840.25;**

    (b) To SAG for respondent's portion of the arbitration fees, **the sum of $300.00;**

    (c) To SAG for SAG's attorney's fees incurred in this action, **the sum of $2,400.00**; and

    (d) To SAG for SAG's costs incurred in this action, **the sum of $350.00**.

3. SAG is hereby granted an irrevocable assignment of any monies received or to be received by Jerry Lamothe from the worldwide exploitation, distribution, exhibition, or other use of the theatrical picture known as "*Amour Infinity*" until the above sum(s) are paid in full.

Dated: November 8, 2011

*[signature: Christina A. Snyder]*

HONORABLE CHRISTINA A. SNYDER
United States District Judge